FILED

2026 MAR -4  PM 1:03

US DISTRICT COURT
EASTERN DIST. TENN.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TARA ABRAHAM | ) 1:26-CR-21 |
| a/k/a Tara Lyn Pruitt | ) |
| | ) Judge Atchley Steger |
| TZEPHANYAH ABRAHAM | ) |
| a/k/a Steve Williams | ) |
| a/k/a Chief Tall Bear | ) FILED UNDER SEAL |
| | ) |
| FOLA MBORIKA WILL I AM EL | ) |
| a/k/a Paulette Williams | ) |

### MOTION TO SEAL INDICTMENT

The United States of America, by and through the United States Attorney for the Eastern

District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this

matter and this entire case. The defendants are not in custody. Additionally, this case is part of

an ongoing investigation that needs to be protected. So as not to alert the defendants in advance

of a pending arrest, and to not compromise the investigation, it is respectfully requested that the

Court seal the indictment and this case until such time as the defendants are arrested and this

Court orders the indictment and case be unsealed.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *Melissa Siskind*

Melissa S. Siskind (DC Bar #984681)
Alexis S. Hughes (DC Bar #90017487)
Trial Attorneys, Tax Section
Department of Justice, Criminal Division
Phone: (202) 805-6087
Email: melissa.siskind@usdoj.gov
Email: alexis.hughes@usdoj.gov

Case 1:26-cr-00021-CEA-CHS   Document 1   Filed 03/04/26   Page 1 of 1   PageID #: 52